IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHRISTOPHER JERELL O'NEAL**                                                      **PLAINTIFF**

**v.**                               **Case No. 4:22-cv-01219-KGB**

**LENNOX INDUSTRIES**                                                              **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Christopher Jerell O'Neal's complaint is dismissed without prejudice (Dkt. No. 2). The relief requested is denied.

It is so adjudged this 12th day of September, 2024.

*[signature: Kristine G. Baker]*

Kristine G. Baker
Chief United States District Judge